IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION AT JACKSON

| | |
|---|---|
| DALLAS REYNOLDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.: 1-05-1341-JDT-sta |
| ) | JUDGE TODD |
| ) | MAGISTRATE JUDGE ANDERSON |
| AIG LIFE INSURANCE COMPANY, ) | |
| and AIG INSURANCE SERVICES, INC., ) | |
| ) | |
| Defendants. ) | |

## ~~PROPOSED~~ ORDER

Before the Court is the Defendants' Motion For Extension Of Time, which moves this Court for an extension of thirty (30) days in which to prepare and file Answers to the Complaint against them. After a review of the Defendants' Motion and the accompanying Certificate of Consultation, and it appearing that Plaintiff has no objection to the requested extension of time; it is therefore

**ORDERED, ADJUDGED AND DECREED** that Defendants shall have an extension of thirty (30) days in which to prepare and file Answers to the Complaint against them.

IT IS SO ORDERED this _28_ day of _November_, 2005.

_S. Thomas Anderson_ USMJ
**JUDGE**

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on _11/28/05_

SUBMITTED FOR ENTRY:

LEWIS, KING, KRIEG & WALDROP, P.C.


By: _____
Winston N. Harless, No. 17389
SunTrust Bank Building
201 Fourth Avenue North, Suite 1500
Nashville, TN 37219
(615)259-1366

Attorneys for Defendants AIG Life Insurance Company and
AIG Insurance Services, Inc.


## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing document has been forwarded by U.S. Mail, postage prepaid, to:

Michael L. Weinman, Esq.
WEINMAN & ASSOCIATES
114 South Liberty Street
P.O. Box 266
Jackson, TN 38302

Attorneys for Plaintiff Dallas Reynolds

On this 22nd day of November, 2005.

_____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 1:05-CV-01341 was distributed by fax, mail, or direct printing on November 28, 2005 to the parties listed.

---

Winston N. Harless
LEWIS KING KRIEG & WALDROP, PC
201 4th Avenue North
Ste. 1500
Nashville, TN 37219

Michael L. Weinman
WEINMAN & ASSOCIATES
114 S. Liberty St.
Jackson, TN 38302

Honorable James Todd
US DISTRICT COURT