IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

DALLAS REYNOLDS,            )
                            )
    Plaintiff,               )
                            )
VS.                         )    No. 05-1341-T
                            )
AIG LIFE INSURANCE COMPANY, and )
AIG INSURANCE SERVICES, INC., )
                            )
    Defendants.              )

## ORDER OF TRANSFER

This action is hereby transferred to the Honorable J. Daniel Breen, United States District Judge, for further proceedings. The case will remain an Eastern Division case.

IT IS SO ORDERED.

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

6 December 2005
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  12/12/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 1:05-CV-01341 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

Winston N. Harless
LEWIS KING KRIEG & WALDROP, PC
201 4th Avenue North
Ste. 1500
Nashville, TN 37219

Michael L. Weinman
WEINMAN & ASSOCIATES
114 S. Liberty St.
Jackson, TN 38302

Honorable J. Breen
US DISTRICT COURT